# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-1212V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

DALVINDER SINGH BAINS *and* GURPAL    *
KAUR BAINS, *on behalf of* K.S.B.,    *

   *      November 13, 2018

   *

   *

          Petitioners,    *      Rule 21(a); No Judgment; Order

   *      Concluding Proceedings

     v.    *

   *

SECRETARY OF HEALTH AND    *
HUMAN SERVICES,    *

   *

          Respondent.    *

   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On November 13, 2018, pursuant to Vaccine Rule 21(a), Petitioners filed a notice of voluntary dismissal in the above-captioned case. *See* Petitioners' Notice of Voluntary Dismissal, dated Nov. 13, 2018 (ECF No. 9).

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

    **IT IS SO ORDERED.**

                                 /s/ Brian H. Corcoran
                                   Brian H. Corcoran
                                   Special Master